IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RYAN LAMAR THOMAS, #250601, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-653-WHA |
| | ) | (WO) |
| | ) | |
| LOUIS BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge filed on August 10, 2016 (Doc. #35). There being no timely objection to the Recommendation, and after an independent review of the file in this case, it is hereby ORDERED as follows:

1. The Recommendation is ADOPTED.

2. The plaintiff's motion to dismiss is GRANTED.

3. The plaintiff's claims against Louis Boyd and the Alabama Department of Corrections are DISMISSED with prejudice.

4. The defendants' motion for summary judgment with respect to the plaintiff's claims for monetary damages lodged against defendants Singleton, LaFogg and Parker in their official capacities is GRANTED and these claims are DISMISSED with prejudice as the defendants are entitled to absolute immunity from such relief.

1

5. The defendants' motion for summary judgment as to the plaintiff's claim of deliberate indifference against defendant Parker in his individual capacity is GRANTED and this claim is DISMISSED with prejudice.

6. Defendants Louis Boyd, Richard Parker and the Alabama Department of Corrections are DISMISSED as parties.

7. The motion for summary judgment filed on behalf of defendants Singleton and LaFogg with respect to the plaintiff's claims of excessive force lodged against them in their individual capacities is DENIED.

8. This case be set for a jury trial on the plaintiff's surviving claims of excessive force lodged against defendants Singleton and LaFogg.

DONE this 1st day of September, 2016.

 /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE